# IN THE UNITED STATES COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TASHANIQUE NICOLE CROSBY, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| ANDREW M. SAUL, | : | No. 20-cv-02022-RAL |
| Commissioner of Social Security, | : | |
| Defendant | : | |

## MEMORANDUM OPINION

**RICHARD A. LLORET**                                            **September 17, 2020**
**U.S. MAGISTRATE JUDGE**

      Tashanique Nicole Crosby was denied social security benefits by the decision of an Administrative Law Judge ("ALJ"). Ms. Crosby filed a complaint but had not yet filed a brief setting forth the specific grounds for her claim. Doc. No. (Complaint). Prior to filing the Administrative Record, the Commissioner of Social Security ("Commissioner") conceded that further evaluation of Plaintiff's disability claim is warranted, and he requested that this case be remanded. Doc. No. 9 (Defendant's Uncontested Motion to Remand). The Commissioner has represented that Ms. Crosby's counsel consented to his request. *See id.*

      Because the parties agree that the ALJ erred in the evaluation of Ms. Crosby's disability claim, Ms. Crosby's request for review is granted, the final decision of the

Commissioner is reversed, and this matter is remanded to the Commissioner further proceedings.

                                          **BY THE COURT:**

                                      ___*s/Richard A. Lloret*_____
                                      **RICHARD A. LLORET**
                                      **U.S. Magistrate Judge**